978 So.2d 368 (2008)
William M. MAGEE, A Professional Law Corporation, d/b/a Magee & Devereux
v.
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD.
No. 2008-C-0529.
Supreme Court of Louisiana.
April 25, 2008.
In re Magee, William M. A Professional Law Corp. d/b/a; Magee & Devereux;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of St. Tammany, *369 22nd Judicial District Court Div. F, No. 2005-15439; to the Court of Appeal, First Circuit, No. 2007 CA 0474.
Denied.